FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR 29 PM 3:43
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,       )
                            )
     Plaintiff,             )
                            )
v.                          )   CASE NO. CV507-031
                            )
JAMES L. HARDIN,            )
                            )
     Defendant.             )
                            )

## O R D E R

Before the Court is Plaintiff Franklin L. Williams's "Motion TO Supplement Fed. R. Civ. P. Rule 60(b)(4)." (Doc. 55.) After careful consideration, the Court can discern no grounds for relief. As a result, Plaintiff's motion is **DENIED**.

SO ORDERED this 29th day of March 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA